1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MAYA DESIDERIO,                         1:11-cv-01388 GBC (PC)

12            Plaintiff,                     ORDER TO SUBMIT SIGNED
        vs.                                  APPLICATION TO PROCEED IN FORMA
13                                           PAUPERIS OR PAY FILING FEE
     JACK SAINT CLAIR, et al.,               WITHIN THIRTY (30) DAYS
14
             Defendants.
15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.  However, plaintiff's application to proceed in forma pauperis was deficient in

19   that it did not include plaintiff's required original signature.  Each document submitted for filing

20   must include the original signature of the filing party or parties.  Local Rule 131; F.R.C.P. 11(a).

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

                                            -1-

1     Accordingly, IT IS HEREBY ORDERED that:

2     Within thirty (30) days of the date of service of this order, plaintiff shall re-submit the

3 enclosed application to proceed in forma pauperis, with plaintiff's original signature, or in the

4 alternative, pay the $350.00 filing fee for this action.

5

6     **Failure to comply with this order will result in dismissal of this action**.

7

8

9 IT IS SO ORDERED.

10

Dated:    August 25, 2011

11               UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26