# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYA DESIDERIO, | Case: No. 1:11-cv-01388-GBC (PC) |
| Plaintiff, | ORDER STRIKING COMPLAINT FOR LACK OF SIGNATURE AND DIRECTING PLAINTIFF TO RESUBMIT COMPLAINT |
| v. | |
| JACK SAINT CLAIR, | |
| Defendant. | |

Maya Desiderio ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. On August 22, 2011, Plaintiff filed the original complaint. (Doc. 1). Plaintiff has failed to sign his original complaint. Every pleading, written motion, and any other papers submitted to the court must be signed. Local Rule 131; Fed. R. Civ. P. 11(a). Based on the foregoing, the Court HEREBY ORDERS:

1. Plaintiff's complaint filed August 22, 2011, is ordered to be STRICKEN due to lack of signature;

2. The Clerk's Office shall send Plaintiff a civil rights complaint form;

3. Within thirty (30) days from the date of service of this order, Plaintiff must file a original complaint curing the deficiencies identified by the Court in this order; and

///
///
///

1

4. If Plaintiff fails to comply with this order, this action will be dismissed for failure to obey a court order.

IT IS SO ORDERED.

Dated:    August 25, 2011

UNITED STATES MAGISTRATE JUDGE